## DEPT. OF TRANSPORTATION v. PELHAM

No. 4PC
No. 120 (Spring Term)

Case below: 50 N.C. App. 212

Petition by Dept. of Transportation for discretionary review under G.S. 7A-31 allowed 4 March 1981.

## EASTER v. HOSPITAL

No. 159PC
No. 116 (Spring Term)

Case below: 49 N.C. App. 398

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 March 1981.

## GREENFIELD v. GREENFIELD

No. 157PC

Case below: 49 N.C. App. 545

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.

## GUILFORD CO. v. BOYAN

No. 156PC
No. 115 (Spring Term)

Case below: 49 N.C. App. 430

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 March 1981.

## HOWELL v. FISHER

No. 171PC

Case below: 49 N.C. App. 488

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 March 1981.